UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

EUGENE HOUSTON STILES, SR.,

        Plaintiff,                  Case No. 1:08cv792

v.                                          Hon. Robert J. Jonker

TRANS UNION LLC, et al.,

        Defendants.
_____/

**ORDER**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 16, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 16, 2009, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that this matter is **DISMISSED** for failure to comply with a scheduling order and failure to appear for a scheduling conference.


                                                        /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE

DATED: January 14, 2010